McMullan *et al. v.* State.

(Division B. Nov. 1, 1937.)

[176 So. 598. No. 32848.]

W. I. Munn, of Newton, for appellants.

W. D. Conn, Jr., Assistant Attorney General, for the state.

**Griffith, J.,** delivered the opinion of the court.

The brief for appellants must have been prepared without an examination of the record, for the only error argued is the alleged error of the court in sustaining an objection to a question propounded to the chief prosecuting witness in regard to Mrs. Davis' physical condition, when the record shows that, immediately upon the sustaining of the objection, the witness nevertheless answered and stated as follows: "That is a question I could not answer anyhow."

Affirmed.